# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| LEWIS LAWHORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:08-0051 |
| ) | Judge Trauger |
| RICHARDS & SOUTHERN INC., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

This case has been stayed since October 2008 due to the plaintiff's filing bankruptcy.

The plaintiff has never moved to lift the stay. It is hereby **ORDERED** that the Clerk shall **ADMINISTRATIVELY CLOSE** this file.

It is so **ORDERED.**

Enter this 25th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge